**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Randolph Brown,               )<br>                                    )<br>                Plaintiff,          )<br>                                    )<br>     v.                             )     CIV 05-2940 PHX SMM (VAM)<br>                                    )<br>Tempe Police Department, et al.,    )     <u>O R D E R</u><br>                                    )<br>                Defendants.         )<br>_____ ) | |

It appearing to the Court that defendants' Motion to Dismiss is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 10. However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 28th day of August, 2006.

Stephen M. McNamee
United States District Judge