**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN RANDOLPH BROWN,           )<br>                                                     )<br>            Plaintiff,                       )<br>                                                     )<br>vs.                                               )<br>                                                     )<br>TEMPE POLICE DEPARTMENT, et al.,)<br>                                                     )<br>            Defendants.                  )<br>_____) | No.  CV 05-2940-PHX-SMM (VAM)<br><br>**ORDER** |

Pending before the Court is Defendants City of Tempe, Tempe Police Department, and Officer Steve Anderson's Motion to Dismiss submitted pursuant to Fed.R.Civ.P. 4(m) and 41(b). (Dkt. 10.) Defendants allege that Plaintiff John Randolph Brown did not timely serve Anderson with a Summons and Complaint within 120 days after filing the complaint in accordance with a Court Order dated May 19, 2006. (Dkt. 10 at 2.)

The flaw in Defendants' argument is that they rely on the wrong court order. On June 28, 2006, Magistrate Judge Mathis denied Plaintiff's Motion to Continue on the Inactive Calendar and ordered Plaintiff to "complete the service packet and return it to the Court no later than 20 days from the filing date of this Order." (Dkt. 8.)  This Order further granted Plaintiff "an additional 60 days to complete service on defendant Anderson." (Dkt. 8.) Based on the extension granted to Plaintiff by Magistrate Judge Mathis, Plaintiff had at least until July 18, 2006 to return the completed service packet, which he did on July 11, 2006. (Dkt.8.) Additionally, the Plaintiff had at least until August 28, 2006 to serve Defendant Anderson. The Defendants' Motion to Dismiss both acknowledges and presents documentation that the

1  Plaintiff secured the assistance of a United States Marshals' Service Deputy or Clerk on July
2  20, 2006, in an attempt to serve Tempe Police Officer Steve Anderson (Dkt. 10, Ex. A), and
3  that Officer Anderson completed the waiver of service on August 4, 2006 (Dkt. 10, n.1).
4  Therefore, the Plaintiff's service was timely.
5      Accordingly,
6      **IT IS HEREBY ORDERED DENYING** Defendants' Motion to Dismiss. (Dkt. 10.)
7      DATED this 29th day of August, 2006.

/s/ Stephen M. McNamee
Stephen M. McNamee
United States District Judge

- 2 -